UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS, LLC,<br><br>                                  Plaintiff,<br><br>   v.<br><br>XAVIER BECERRA, *et al.*,<br><br>                                  Defendants,<br><br>   and<br><br>JAZZ PHARMACEUTICALS, INC.,<br><br>                              Intervenor-Defendant. | Case No. 1:22-cv-2159 (APM) |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Xavier Becerra, the U.S. Department of Health and Human Services, Robert M. Califf, and the U.S. Food and Drug Administration respectfully move this Court for summary judgment. The grounds for this motion are fully set forth in an accompanying memorandum.

August 19, 2022

Respectfully submitted,

*/s/ Noah T. Katzen*
NOAH T. KATZEN (D.C. Bar No. 1006053)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-2428 (Katzen)
(202) 305-7134 (Belfer)

(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Attorneys for Defendants Xavier Becerra, the U.S. Department of Health and Human Services, Robert M. Califf, and the U.S. Food and Drug Administration*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

August 19, 2022                                           */s/ Noah T. Katzen*
                                                          NOAH T. KATZEN