# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>        Defendants,<br><br>and<br><br>JAZZ PHARMACEUTICALS, INC.,<br><br>        Intervenor-Defendant. | Case No. 1:22-cv-2159 (APM) |

**[Proposed] Order Granting Federal Defendants' Cross-Motion For Summary Judgment and Denying Plaintiff's Motion For a Preliminary Injunction or, in the Alternative, for Summary Judgment**

Before the Court are Plaintiff's Motion For A Preliminary Injunction Or, In The Alternative, For Summary Judgment and Federal Defendants' Cross-Motion For Summary Judgment. Having considered the parties' arguments in light of the governing standards, it is hereby ORDERED that Federal Defendants' Cross-Motion For Summary Judgment is GRANTED and Plaintiff's Motion For A Preliminary Injunction Or, In The Alternative, For Summary Judgment is DENIED. The Clerk shall enter judgment on behalf of Federal Defendants and close the case.

  SO ORDERED.

Dated: _____     _____
                                                                                                 Hon. Amit P. Mehta
                                                                                                 United States District Judge