UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. <br><br> JAZZ PHARMACEUTICALS, INC., <br><br> Intervenor-Defendant. | Case No. 22-cv-02159 (APM) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 41, the court grants Federal Defendants' and Intervenor-Defendant's Cross-Motions for Summary Judgment, ECF Nos. 25 and 27, and denies Plaintiff's Motion for Preliminary Injunction or Summary Judgment, ECF No. 2. The court therefore enters judgment in Federal Defendants' and Intervenor-Defendant's favor.

This is a final, appealable order.

Dated: November 3, 2022

Amit P. Mehta
United States District Court Judge